IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DENNIS S. FAULKNER, TRUSTEE, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:10-CV-2175-D |
| VS. | § |
| | § |
| GARY M. KORNMAN, et al., | § |
| | § |
| Defendants. | § |

## ORDER OF REFERENCE

The court finds that this action is related to matters pending before the bankruptcy court. It is ordered that this action is referred to the Honorable Chief Bankruptcy Judge Barbara J. Houser for further proceedings.

**SO ORDERED**.

October 29, 2010.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE